IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

Samuel Adam Campbell Jr, a man dba

SAMUEL ADAM CAMPBELL JR

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Avi Bernstein dba BDMG, INC

FOREST HILL APARTMENTS, LLC dba

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. DLB 24CV3277

_(to be filled in by the Clerk's Office)_

Jury Trial:   ☑ Yes   ☐ No
             _(check one)_

NOV 12 2024

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Samuel Adam Campbell Jr |
   | Street Address | 1413 Southern Avenue, #103 |
   | City and County | Oxon HIll Maryland |
   | State and Zip Code | 20745 |
   | Telephone Number | (240-273-0772 |
   | E-mail Address | campbellsamuel891@gmail.com |

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Avi Bernstein |
   | Job or Title (if known) | PRESIDENT |
   | Street Address | 115 Sudbrook Lane, Suite 200 |
   | City and County | Pikesville MD, Baltimore County |
   | State and Zip Code | Maryland 21208 |
   | Telephone Number | (410) 764-2160 |
   | E-mail Address (if known) | |

Defendant No. 2

 Name  _____

 Job or Title  _____
 (if known)

 Street Address  _____

 City and County  _____

 State and Zip Code  _____

 Telephone Number  _____

 E-mail Address  _____
 (if known)

Defendant No. 3

 Name  _____

 Job or Title  _____
 (if known)

 Street Address  _____

 City and County  _____

 State and Zip Code  _____

 Telephone Number  _____

 E-mail Address  _____
 (if known)

Defendant No. 4

 Name  _____

 Job or Title  _____
 (if known)

 Street Address  _____

 City and County  _____

 State and Zip Code  _____

 Telephone Number  _____

 E-mail Address  _____
 (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**15 USC 689n;- Unlawful acts and omissions; breach of fiduciary duty**

18 USC 3301;- Securities fraud

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Samuel Adam Campbell Jr, is a citizen of the State of *(name)* Maryland.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Defendant Cause Harm to Plaintiff as well as the SAMUEL ADAM CAMPBELL JR

   **$5 Million USD in punitive damages should be awarded**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, through his corporations leased an apartment to the plaintiff by way of a lease application and a lease contract. Both documents are traded on a secondary market without the plaintiff's knowledge consent. At that point, the lease for the apartment was paid in full according to a Bloomberg financial audit. Plaintiff also sent the endorsed lease agreement/negotiable instrument to the endoresed defendant in which he never responded, nor did he send the instrument back to me. He was paid 3 times. One months later an complaint for Landlord's of rented property filed on plaintiff the The Court to entered judgement in favor of landlords for possession of premises with the District Court of Maryland for non-payment of rent.

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The entire incident has caused stress, defamation of character and slander the nefarious scheme has caused several tentants to be evicted from their homes with no place to go for non payment of rent when in fact the rent is paid as soon as the defendent trade the instrument on the secondary market. If the insrument/lease agreement has not been traded as a financial asset, I am asking for it's return and $5 Million USD in punitive damamges.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 7th, 20 24

Signature of Plaintiff   *Samuel Adam Campbell Jr*
Printed Name of Plaintiff   Samuel Adam Campbell Jr

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____